UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NED DOCK BLANDING POOLE, JR.,**

    Plaintiff,

v.                                        CASE NO. 3:05-cv-544-J-25HTS

**THE COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,**

    Defendant.

---

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 7) recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied and this case dismissed pursuant to 28 U.S.C. § 1915 without prejudice to the filing of a prepaid complaint. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

    **ORDERED AND ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendation (Dkt. 7) is adopted and incorporated by reference in this Order.

    2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED without prejudice**.

4. The Clerk is directed to terminate all pending motions and to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this __27__ day of July, 2005.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff